**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ADAM HILL** **PLAINTIFF**
**ADC #601559**

**v.** **Case No. 4:26-cv-00631-LPR-JTK**

**WELLPATH LLC, et al.** **DEFENDANTS**

**ORDER**

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 12) and the Plaintiff's Objections (Doc. 19). After a *de novo* review of the PRD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.[1]

Accordingly, IT IS THEREFORE ORDERED that:

1. Plaintiff's claims against Defendants Dexter Payne, William Straughn, Chris Budnik, A. Delgado, Rex Lay, Allison, Aundrea Culclager, Teague, Ashley Jackson, and Sharika Brown are DISMISSED without prejudice as improperly joined.

2. Plaintiff's claims against Defendant Eye Institute Co., and Plaintiff's official capacity claims against Defendants Harris and Hassenphlug, are DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

3. The Clerk is directed to terminate Dexter Payne, William Straughn, Chris Budnik, A. Delgado, Rex Lay, Allison, Aundrea Culclager, Teague, Ashley Jackson, Sharika Brown, and Eye Institute Co. as party Defendants.

[1] Technical changes have been made compared to the RD with respect to the disposition of the claims against Defendant Eye Institute Co. Further, the Court's adoption of the PRD should not be taken as a comment one way or the other on the viability of the served claims. The Court is only analyzing the dismissal recommendations.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 4th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE